IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

# BAIL STATUS AND ORDER

☐ Interpreter Needed : IA/AC

  : February 28, 2014
Date of Arrest 2/28/14 : ESR OPERATOR: Shawn Cammy

UNITED STATES OF AMERICA : AUSA Mark Dubnoff

     v : Magistrate No. 14-178-M

D. ERIK VON KIEL : Martin Isenberg, Esq. (not present)
 a/k/a "Dennis Fluck" : CJA apptd.

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

☒ The Government's Motion for Temporary Detention is Granted. A detention hearing and preliminary hearing are scheduled for Wednesday, March 5, 2014, at 1:30 p.m. in Courtroom 5A before Judge Sitarski.

☐ For the reasons stated in open court, the Defendant stipulated to ☐ probable cause and/or ☐ pretrial detention.

☐ The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

☐ The Government's Motion for Pretrial Detention is Denied. The court finds that the attached conditions of release will reasonably assure the defendant's appearance in court and the safety of the community.
          See attached Conditions of Release Order.

☐ The Government and Defense have agreed to conditions of release.
          See attached Conditions of Release Order.

☐ Other

☐ AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.
☐ PLEA: NOT GUILTY TO ALL COUNT(S). Counsel have 14 days to file pretrial motions.

          BY:

          /s/ELIZABETH T. HEY
          _____
          ELIZABETH T. HEY
          UNITED STATES MAGISTRATE JUDGE

**TIME IN COURT  8 MINUTES**
(Form Revised December, 2007)