IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

| | | |
|---|---|---|
| ___ INTERPRETER NEEDED | : | **PRELIMINARY EXAMINATION PRETRIAL DETENTION** |
| | | March 5, 2014 |
| Date of Arrest: Unknown | : | ESR OPERATOR: Crystal Wardlaw |
| UNITED STATES OF AMERICA | : | AUSA Mark Dubnoff |
| v. | : | Magistrate No: 14-178-M |
| D. ERIK VON KIEL a/k/a "Dennis Fluck" | : | Martin Isenberg [X] CJA Appointed [] Retained [] Defenders' Assn. Apptd. |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

[] The Government's Motion for Temporary Detention is Granted. A detention hearing and are scheduled for .

[X] The Defendant stipulated to [X] probable cause and/or [] pretrial detention.

[X] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

[] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.

[X] Other: **COURT MAKES AN INDEPENDENT FINDING OF PROBABLE CAUSE. It is ORDERED that the Bureau of Prisons shall conduct an Evaluation for Mental Health Services of the Defendant as soon as possible.**

*[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.*
*[] PLEA: NOT GUILTY TO ALL COUNT(S). Counsel have 14 days to file pretrial motions.*

BY:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE

**TIME IN COURT    35   MINUTES**

(Form Revised December, 2009)