AO 442 (Rev 12/85) Warrant for Arrest

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
V.

D. Erik Von Kiel, a/k/a "Dennis Fluck"

WARRANT FOR ARREST  14-cr-149

CASE NUMBER: 14-178-M

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    D. Erik Von Kiel, a/k/a "Dennis Fluck"

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation notice    ☐ Probation violation petition

charging him or her with (brief description of offense)

See Attachment A.

In violation of Title 18 United States Code, Section 371, and Title 26 United States Code, Section 7201(a).
JBC

| Honorable Henry S. Perkin | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ | Philadelphia, PA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Pennsylvania State Police - 8320 Schantz Rd, Breinigsville, PA 18031 |

| DATE RECEIVED 2/21/14 | NAME AND TITLE OF ARRESTING OFFICER Joseph Carl, Special Agent, IRS | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/28/14 | | |

M. Dubnoff Authorizing