IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Date Notice Mailed: 4/8/2014 |
| vs. | : |
| DENNIS ERIK FLUCK VON KIEL | : CRIMINAL NO. 14-149 |

## NOTICE OF ARRAIGNMENT/INITIAL APPEARANCE

1. TAKE NOTICE that you have been indicted by the Grand Jury. A copy of the indictment is enclosed. A warrant for your arrest has been issued and is in the possession of the United States Marshal.

**FILED**
**APR 9 2014**
**MICHAEL E. KUNZ, Clerk**
**By_____ Dep. Clerk**

2. You are notified to appear before Magistrate Judge Rice for a:

☒ ARRAIGNMENT at 1:30 p.m. on April, 16, 2014, in Courtroom No. 5A, 5th Floor, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

☐ INITIAL APPEARANCE before Magistrate Judge ___, on ___, 20___, at ___.m. in Courtroom No. ___, ___ Floor, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

3. In order for the court to be provided with verified information regarding community and family ties in connection with the bail determination process, it is important that you contact the Pretrial Services Agency at 267-299-4400 immediately. You will not be questioned concerning the offense for which you are charged and the information that you provide will be used for bail purposes only.

4. If you fail to appear at the ☒ ARRAIGNMENT ☐ INITIAL APPEARANCE pursuant to this notice, you will be subject to arrest by the United States Marshal.

5. Please consult with your attorney before the date fixed for arraignment.

NOTE: If you do not have an attorney and cannot afford to hire one, an attorney will be appointed for you by the Court. **If you want an attorney to be appointed for you, take these papers immediately to the office of the Defender Association, Suite 540 West, 601 Walnut Street, Philadelphia, Pennsylvania, 19106, 215-928-1100. If you qualify for an appointment of counsel, the Court will appoint either the Defender Association or a member of the Federal Defense Panel.**

☐ INTERPRETER REQUIRED

NO CUSTODY TEST DOCUMENT
(arrnotnocustody.frm)

This case has been assigned to
Judge __Jeffrey L. Schmehl__
For information communicate with
Courtroom Deputy __Teri Lefkowith__
Telephone No. 610-320-5030
NOTICE TO: Magistrate Judge Rice
 Defendant
 Defender Association
 United States Attorney
 United States Marshal
 Pretrial Services
 Surety
 Larry Bowman

Cr. 9 (rev.10/2007)