IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL ACTION |
| | : | NO. 14-149-1 |
| DENNIS ERIK FLUCK VON KIEL | : | |
| USM# 69437-066 | : | April 28, 2014 |
| FDC PHILA. | : | |

## NOTICE OF JURY SELECTION AND TRIAL

TAKE NOTICE that **JURY SELECTION and TRIAL** in the above case has been set for **MONDAY, JUNE 23, 2014** at **9:30 A.M.** before the Honorable Jeffrey L. Schmehl **at the James A. Byrne United States Courthouse, 601 Market Street, courtroom (TBA), Philadelphia, Pennsylvania**.

**DEFENDANT IS DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Teri L. Lefkowith
Deputy Clerk to Judge Schmehl
(610) 320-5030

[ ] INTERPRETER REQUIRED -NO
[ ] THIS PROCEEDING HAS BEEN RESCHEDULED FROM:

served on:   Mark B. Dubnoff, AUSA
             Martin I. Isenberg, Esq.
             U.S. Marshal
             Probation Office
             Pretrial Services
             Larry Bowman
             Defendant