UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | Criminal Case No. 14-149 |
| : | |
| ERIK VON KIEL : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE U.S. DISTRICT COURT:

Kindly enter my appearance on behalf of the Defendant, ERIK VON KIEL, in connection with the above captioned matter.

RESPECTFULLY SUBMITTED:

Signature Code: MJE5849
MICHAEL J. ENGLE, ESQUIRE
Greenblatt, Pierce, Engle, Funt & Flores, LLC
123 South Broad Street, Suite 2500
Philadelphia, PA 19109
(215) 985-4275
m.engle@gpeff.com

Dated: May 6, 2014