GREENBLATT, PIERCE, ENGLE, FUNT & FLORES, LLC
BY: MICHAEL J. ENGLE, ESQUIRE
ID NO. 85576
123 SOUTH BROAD STREET, SUITE 2500
PHILADELPHIA, PA 19109
(215) 985-4275                                                       ATTORNEY FOR DEFENDANT
_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| vs. | : | CRIMINAL NO. 14-149 |
| | : | |
| ERIK VON KIEL | : | |
| | : | |

**O R D E R**

**AND NOW,** to wit this ____ day of _____, 2014, upon consideration of the Defendant's Motion for Enlargement of Time to File Pretrial Motions, and after response by the Government, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion for Extension of Time to File Pretrial Motions is GRANTED and it is ORDERED that Defendant's Pretrial Motions shall be due on: _____.

BY THE COURT:

_____
HONORABLE JEFFREY L. SCHMEHL
United States District Court Judge

**GREENBLATT, PIERCE, ENGLE, FUNT & FLORES, LLC**
**BY: MICHAEL J. ENGLE, ESQUIRE**
**ID NO. 85576**                                                **ATTORNEY FOR DEFENDANT**
**123 SOUTH BROAD STREET, SUITE 2500**
**PHILADELPHIA, PA 19109**
**(215) 985-4275**

_____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **CRIMINAL NO. 14-149** |
| vs. | : | |
| | : | |
| **ERIK VON KIEL** | : | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**
**TO FILE PRE-TRIAL MOTIONS**

**TO THE HONORABLE, THE JUDGE OF SAID COURT:**

Defendant, ERIK VON KIEL, by and through his counsel, MICHAEL J. ENGLE, ESQUIRE hereby moves this Honorable Court to GRANT the Defendant's Motion for Continuance of Trial, and asserts the following reasons therefore:

1. On or about March 27, 2014, the Government filed a six count Indictment against Dr. Von Kiel, which charged him with violations of 18 U.S.C. § 371, Conspiracy to Defraud the United States (one count), 26 U.S.C. § 7201, Attempting to Evade or Defeat Federal Tax (five counts), and 18 § U.S.C. 2, Aiding and Abetting.

2. Defendant is required by rule to file pre-trial motions within 14 days from his arraignment.

3. Trial is currently scheduled to commence on June 23, 2014.

4. Defense counsel recently received discovery from prior counsel, Martin Isenberg, Esq.

5. In order to ensure that the Defendant's constitutional right to a fair trial is protected, the Defense requires additional time to prepare pre-trial motions in this case.

WHEREFORE, the Defendant, ERIK VON KIEL, respectfully requests that this Honorable Court grant the Motion for Extension of Time to File Pre-Trial Motions.

RESPECTFULLY SUBMITTED:

SIGNATURE CODE: MJE5849
MICHAEL J. ENGLE, ESQUIRE
ATTORNEY FOR DEFENDANT

# CERTIFICATE OF SERVICE

I, MICHAEL J. ENGLE, ESQUIRE, HEREBY CERTIFY THAT I HAVE FORWARDED BY ELECTRONIC FILING, A TRUE AND CORRECT COPY OF THE FOREGOING MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS TO THE FOLLOWING PERSONS:

| | |
|---|---|
| HONORABLE JEFFREY L. SCHMEHL<br>CHAMBERS<br>U.S. COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106 | MARK B. DUBNOFF, AUSA<br>615 CHESTNUT STREET<br>SUITE 1250<br>PHILADELPHIA, PA 19106 |

SIGNATURE CODE: MJE5849
MICHAEL J. ENGLE, ESQUIRE
ATTORNEY FOR DEFENDANT

DATED: May 18, 2014