GREENBLATT, PIERCE, ENGLE, FUNT & FLORES, LLC
BY: MICHAEL J. ENGLE, ESQUIRE
ID NO. 85576
123 SOUTH BROAD STREET, SUITE 2500
PHILADELPHIA, PA 19109
(215) 985-4275          ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| vs. | : | CRIMINAL NO. 14-149 |
| ERIK VON KIEL | : | |

## ORDER

AND NOW, to wit this 22nd day of MAY, 2014, upon consideration of the Defendant's Motion for Enlargement of Time to File Pretrial Motions, and after response by the Government, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion for Extension of Time to File Pretrial Motions is GRANTED and it is ORDERED that Defendant's Pretrial Motions shall be due on: JUNE 16, 2014.

BY THE COURT:

_____
HONORABLE JEFFREY L. SCHMEHL
United States District Court Judge