GREENBLATT, PIERCE, ENGLE, FUNT & FLORES, LLC
BY: MICHAEL J. ENGLE, ESQUIRE
ID NO. 85576
123 SOUTH BROAD STREET, SUITE 2500
PHILADELPHIA, PA 19109
(215) 985-4275

                    **ATTORNEY FOR DEFENDANT**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| vs. | : | CRIMINAL NO. 14-149 |
| ERIK VON KIEL | : | |

**ORDER**

AND NOW, to wit this 2nd day of MAY, 2014, upon consideration of the Defendant's Motion for Continuance of Trial, and after response by the Government, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion for Continuance of Trial is GRANTED based upon the Court's finding that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial, pursuant to 18 U.S.C. § 3161 (h) (8) (A)-(B); and it is ORDERED that Defendant's Trial shall be re-scheduled for: SEPTEMBER 10, 2014.

BY THE COURT:

_____
HONORABLE JEFFREY L. SCHMEHL
United States District Court Judge