IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL ACTION |
| | : | NO. 14-149-1 |
| DENNIS ERIK FLUCK VON KIEL | : | |
| USM# 69437-066 | : | May 22, 2014 |
| FDC PHILA. | : | |

## AMENDED NOTICE OF JURY SELECTION AND TRIAL

TAKE NOTICE that **JURY SELECTION and TRIAL** in the above case previously scheduled for MONDAY, JUNE 23, 2014 **HAS BEEN CONTINUED TO WEDNESDAY, SEPTEMBER 10, 2014 AT 9:30 A.M.** before the Honorable Jeffrey L. Schmehl **at the James A. Byrne United States Courthouse, 601 Market Street, courtroom (TBA), Philadelphia, Pennsylvania**.

**DEFENDANT IS DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

                Teri L. Lefkowith
                Deputy Clerk to Judge Schmehl
                (610) 320-5030

[ ] INTERPRETER REQUIRED -NO
[ ] THIS PROCEEDING HAS BEEN RESCHEDULED FROM: June 23, 2014

served on:  Mark B. Dubnoff, AUSA
      Michael J. Engle, Esq.
      U.S. Marshal
      Probation Office
      Pretrial Services
      Larry Bowman
      Defendant