IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL ACTION |
| | : | NO. 14-149-1 |
| DENNIS ERIK FLUCK VON KIEL | : | |
| USM# 69437-066 | : | June 17, 2014 |
| FDC PHILA. | : | |

## NOTICE OF HEARING ON MOTION FOR PRE-TRIAL RELEASE

TAKE NOTICE that a **Hearing on Defendant's Motion for Pre-Trial Release and Revocation of Detention Order** in the above case has been set for **TUESDAY, JULY 22 , 2014** at **11:00 A.M.** before the Honorable Jeffrey L. Schmehl **at the James A. Byrne United States Courthouse, 601 Market Street, courtroom (TBA), Philadelphia, Pennsylvania**.

**DEFENDANT IS DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.   IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

    Teri L. Lefkowith
    Deputy Clerk to Judge Schmehl
    (610) 320-5030

[ ] INTERPRETER REQUIRED -NO
[ ] THIS PROCEEDING HAS BEEN RESCHEDULED FROM:

served on:    Mark B. Dubnoff, AUSA
               Michael J. Engle, Esq.
               U.S. Marshal
               Probation Office
               Pretrial Services
               Larry Bowman
               Defendant